### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WALTER NELSON ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL FIRE INSURANCE ) | No.:  2:12-CV-02428-DKV |
| COMPANY OF PITTSBURGH, PA, ) | MAGISTRATE DIANE K. VESCOVO |
| CHARTIS, INC. U.S., AMERICAN ) | JURY DEMAND |
| INTERNATIONAL GROUP, INC. d/b/a ) | |
| AIG LOTSOLUTIONS, and SUNTRUST ) | |
| BANK | |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF
### ALL CLAIMS AGAINST DEFENDANTS

Plaintiff Walter Nelson ("Mr. Nelson") and Defendants National Fire Insurance Company of Pittsburgh, PA, Chartis, U.S., Inc., American International Group, Inc., LOTSolutions, Inc., and SunTrust Bank ("Defendants"), by and through counsel, as evidenced by the signatures below, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this stipulation and stipulate that they have resolved all issues among them.  Mr. Nelson, therefore, stipulates to the dismissal with prejudice of all of his claims against Defendants.

                                          RESPECTFULLY SUBMITTED,

                                    By:  */s/ James W. Cook w/permission by DWO*
                                            James W. Cook, Esq., BPR No. 8760
                                            7692 Poplar Pike
                                            Germantown, TN  38138
                                            Phone: (901) 753-5898
                                            Fax:  (901) 753-5829
                                            E-mail:  cchplaw@aol.com

                                      *Attorneys for Plaintiff*

2

        LEWIS, KING, KRIEG & WALDROP, P.C.

By:   */s/ Daniel W. Olivas*
     Daniel W. Olivas, BPR No. 24641
     424 Church Street, Suite 2500
     P.O. Box 198615
     Nashville, TN 37219-8615
     dolivas@lewisking.com

*Attorneys for Defendants*