## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WALTER NELSON )<br>)<br>v. )<br>)<br>NATIONAL FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA, )<br>CHARTIS, INC. U.S., AMERICAN )<br>INTERNATIONAL GROUP, INC. d/b/a )<br>AIG LOTSOLUTIONS, and SUNTRUST )<br>BANK | No.: 2:12-CV-02428-DKV<br>MAGISTRATE DIANE K. VESCOVO<br>JURY DEMAND |

## NOTICE OF STIPULATION OF DISMISSAL AND AGREED ORDER

Plaintiff Walter Nelson ("Mr. Nelson") and Defendants National Fire Insurance Company of Pittsburgh, PA, Chartis, U.S., Inc., American International Group, Inc., LOTSolutions, Inc., and SunTrust Bank ("Defendants"), as evidenced by the signatures below, jointly file this notice and an agreed order and would show that, on November 13, 2012, they filed a stipulation of dismissal, (Stipulation, CM/ECF Doc. 20), and that all matters between them have been resolved.

RESPECTFULLY SUBMITTED,

By: */s/ James W. Cook w/permission DWO*
James W. Cook, Esq., BPR No. 8760
7692 Poplar Pike
Germantown, TN  38138
Phone: (901) 753-5898
Fax:  (901) 753-5829
E-mail:  cchplaw@aol.com

*Attorneys for Plaintiff*

2

        LEWIS, KING, KRIEG & WALDROP, P.C.


By:   */s/ Daniel W. Olivas*
      Daniel W. Olivas, BPR No. 24641
      424 Church Street, Suite 2500
      P.O. Box 198615
      Nashville, TN 37219-8615
      dolivas@lewisking.com

*Attorneys for Defendants*