### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WALTER NELSON ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL FIRE INSURANCE ) | No.:  2:12-CV-02428-DKV |
| COMPANY OF PITTSBURGH, PA, ) | MAGISTRATE DIANE K. VESCOVO |
| CHARTIS, INC. U.S., AMERICAN ) | JURY DEMAND |
| INTERNATIONAL GROUP, INC. d/b/a ) | |
| AIG LOTSOLUTIONS, and SUNTRUST ) | |
| BANK | |

### AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

On November 13, 2012, (CM/ECF Doc. 20), Plaintiff Walter Nelson ("Mr. Nelson") and Defendants National Fire Insurance Company of Pittsburgh, PA, Chartis, U.S., Inc., American International Group, Inc., LOTSolutions, Inc., and SunTrust Bank ("Defendants") filed a stipulation of dismissal with prejudice and all of Mr. Nelson's claims against Defendants have been dismissed with prejudice.  In view of that, they have filed this agreed final order of dismissal.

THEREFORE, Mr. Nelson's claims against Defendants are DISMISSED with prejudice and the Clerk is directed to close this case against Defendants on the records with this Court.

This Order shall constitute a final judgment on the case against Defendants.

It is so ORDERED this 13th day of November, 2012.


  s/Diane K. Vescovo
  DIANE K. VESCOVO
  UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:


By:   */s/ James W. Cook w/permission by DWO*
         James W. Cook, Esq., BPR No. 8760
         7692 Poplar Pike
         Germantown, TN  38138
         Phone: (901) 753-5898
         Fax:  (901) 753-5829
         E-mail:  cchplaw@aol.com

*Attorneys for Plaintiff*



LEWIS, KING, KRIEG & WALDROP, P.C.


By: */s/ Daniel W. Olivas*
         Daniel W. Olivas, BPR No. 24641
         424 Church Street, Suite 2500
         P.O. Box 198615
         Nashville, TN 37219-8615
         Telephone (615) 259-1366
         Facsimile (615) 259-1389
         E-mail: dolivas@lewisking.com

*Attorneys for Defendants.*

2