*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

**WALTER NELSON,**

        **Plaintiff,**                  **JUDGMENT IN A CIVIL CASE**

**v.**

**NATIONAL FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**       **CASE NO: 12-CV-2428-dkv**
**CHARTIS, INC. U.S. AMERICAN**
**INTERNATIONAL GROUP, INC d/b/a**
**AIG LOTSOLUTIONS, and SUNTRUST**
**BANK**

        **Defendant.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Final Order of Dismissal with Prejudice entered on November 13, 2012, this cause is hereby dismissed with prejudice.

**APPROVED:**

s/ Diane K. Vescovo_____
**DIANE K.VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

**November 14, 2012**_____         **THOMAS M. GOULD**
**DATE**                                      **Clerk of Court**

                                                 **s/Sandra McClain__**
                                                 **(By) Deputy Clerk**